My name is Jessica Smith-Bobadilla and I am with the Law Office of Jessica Smith-Bobadilla and I represent Petitioner. Do you want to tell us what has developed? Yesterday, Respondents Council called me in the afternoon and made an offer to start the process for administrative closure or prosecutorial discretion that the Department of Homeland Security is willing to exercise in my client's favor at this point. And she explained that there are certain background checks that still need to be run or run again. But that is, as far as my discussions with my client, a favorable outcome for her case at this point. So we would like to explore that option that Respondents Council has offered. Why don't we refer to the mediation office? And let me just, if you could just come forward, state your name, and then tell me your position on this. My name is Erica Miles and I represent Attorney General Lynch. Yes, our position is that Homeland Security is willing to exercise prosecutorial discretion in this case as long as the background checks are satisfactory. They have initiated the process. They expect it will take a couple of weeks. So our request was that rather than put the case into mediation that the court abate proceedings for the time being, and assuming they are satisfactory, then we would be filing a motion to remand for administrative closure. And you would, you say you don't want to go, because normally what we would do is refer this to mediation and you don't want to do that. It's been in mediation a couple of times. With our mediator? Yes, yes. And if this Court, either would be a satisfactory result in this case. We just thought abatement might be a bit easier rather than initiate a conference again with a mediator, since we've already got the settlement in motion in this case. Our interest normally in these things is to have you communicate the progress along the line to hopeful conclusion with someone other than us. Yes, understandable. So that's why we would refer it. We just need a mechanism for that. Okay. So I think we'll go ahead and I appreciate that you've told us that you have been in mediation, but we'll go ahead and re-refer it to mediation. That's just fine. That provides us, I think, the best mechanism for you and for us to find out what's going on in this case. Okay. But we appreciate your efforts always on these cases to try to resolve them. Yes, we do. Thank you. And so thank you very much. I apologize it was at this late date, but I think it's a satisfactory solution if it works out. A wonderful solution. Thank you. Thank you very much. So this case is submitted and we'll refer it to mediation. All right. Thank you. Thank you very much. Okay. Bye-bye.
judges: Hawkins, Murguia, Murphy